# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155256

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 155256
                                   COA: 335238

MONEE DUEPRE ATKINSON,
      Defendant-Appellant.
                                   Kent CC: 15-008368-FC

_____/

      On order of the Court, the application for leave to appeal the December 15, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

a1213